**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorney for Plaintiff**
**J & J Sports Productions, Inc.**

FILED
08 FEB 14 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDV DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**YULIANA AYALA, INDIVIDUALLY and d/b/a DE'ANGELO PIZZA; and DE'ANGELO RESTAURANT, INC., an unknown business entity d/b/a DE'ANGELO PIZZA,**<br><br>**Defendants.** | **Case No.** '08 CV 0293 WQH BLM<br><br>**CERTIFICATION AS TO INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

***Plaintiff,*** *J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile: (626) 799-9795

***Defendant***, Yuliana Ayala, individually and d/b/a De'Angelo Pizza

4592 30th Street
San Diego, CA 92116

***Defendant***, De'Angelo Restaurant, Inc., an unknown business entity d/b/a De'Angelo Pizza

4592 30th Street
San Diego, CA 92116

Dated: 2/13/08

**LAW OFFICE OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorney of Record for
J & J Sports Productions, Inc.