Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 26 PM 2:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

J & J Sports Productions, Inc.

vs

Yuliana Ayala, individually and d/b/a De'Angelo Pizza; and De'Angelo Restaurant, Inc., an unknown business entity d/b/a De'Angelo Pizza

**SUMMONS IN A CIVIL ACTION**

Case No. CV 08-0293 WQH BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. SAMUEL HAMRICK, JR. | FEB 2 6 2008

CLERK | DATE

By J. PARIS Deputy Clerk

SEAL



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)