| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No. DE'ANGELO PIZZA (2/18/06) | |
| ATTORNEY FOR (Name): PLAINTIFF | | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>940 FRONT STREET<br>SAN DIEGO, CA 92101-8900 | | |
| PLAINTIFF/PETITIONER: J & J SPORTS PRODUCTIONS, INC. | | |
| DEFENDANT/RESPONDENT: AYALA | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: CV080293WQHBLM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the

   SUMMONS IN A CIVIL ACTION, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

3. a. Party served: DE'ANGELO RESTAURANT, INC., AN UNKNOWN BUSINESS ENTITY D/B/A DE'ANGELO PIZZA

   b. Person served: UNABLE TO ASCERTAIN - COMPANY REFUSES ANY INFORMATION - Person (other than the party in item 3) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)

4. Address where the party was served: 4592 30TH STREET, SAN DIEGO, CA 92116

5. I served the party

   b. **by substituted service.** On: April 25, 2008 at: 03:20 pm I left the documents listed in item 2 with or in the presence of VICTOR "DOE" (REFUSED LAST NAME) - PERSON IN CHARGE

   PHYSICAL DESCRIPTION OF PERSON SERVED:

   Age: 30'S Weight: 190 Hair: BROWN Race: HISPANIC
   Sex: M Height: 5'7" Eyes:
   Marks:

   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(h) (2)

7. **Person who served papers**
   a. S. VARELA
   b. ABSOLUTE SERVICE OF LOS ANGELES
   1301 WEST SECOND STREET, SUITE 204
   LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $65.00
   e. I am: (3) registered California process server.
   (i) independent contractor
   (ii) Registration No.: 1419
   (iii) County: SAN DIEGO

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 13, 2008

S. VARELA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name) PLAINTIFF | Ref. No. or File No. DE'ANGELO PIZZA (2/18/06) | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>940 FRONT STREET<br>SAN DIEGO, CA 92101-8900 | | |

PLAINTIFF

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT

AYALA

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION RE: DILIGENCE | | | | CV080293WQHBLM |

I received the within process on April 10, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: DE'ANGELO RESTAURANT, INC., AN UNKNOWN BUSINESS ENTITY D/B/A DE'ANGELO PIZZA

Residence: Residence address was not known at the time of service.

Business: 4592 30TH STREET, SAN DIEGO, CA 92116

As enumerated below:

April 25, 2008 03:20 pm
SPOKE WITH VICTOR "DOE" (REFUSED LAST NAME), CLAIMS YULIANA AYALA IS NO LONGER EMPLOYED WITH THE COMPANY, OWNERSHIP HAS CHANGED, WOULD NOT PROVIDE ANY FURTHER INFORMATION.

May 9, 2008 12:15 pm
CHECKED VARIOUS SOUCES, THE AGENT FOR SERVICE HAS SURRENDERED, HAVE CALLED COMPANY ON VARIOUS OCCASSIONS, ASKED FOR YULIANA AYALA, ADVISED THAT SHE IS NO LONGER WITH COMPANY, UNABLE TO OBTAIN OWNERS NAME, PERSON ANSWERING REFUSES INFORMATION.

**Person who served papers**
S. VARELA
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $65.00
I am: registered California process server.
independent contractor
Registration No.: 1419
County: SAN DIEGO

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 13, 2008

S. VARELA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name): PLAINTIFF | DE'ANGELO PIZZA (2/18/06) | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>940 FRONT STREET<br>SAN DIEGO, CA 92101-8900 | | |

PLAINTIFF/PETITIONER

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:

AYALA

| PROOF OF SERVICE BY MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV080293WQHBLM |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On April 28, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL ACTION, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

UNABLE TO ASCERTAIN - COMPANY REFUSES ANY INFORMATION -
DE'ANGELO RESTAURANT, INC., AN UNKNOWN BUSINESS ENTITY D/B/A DE'ANGELO PIZZA
4592 30TH STREET
SAN DIEGO, CA 92116

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $65.00
I am: registered California process server, employee
Registration No.: 5211
County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 13, 2008

M. MANCHESTER