| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030<br>TELEPHONE NO.: (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: DE'ANGELO PIZZA (2/18/06)<br>ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>940 FRONT STREET<br>SAN DIEGO, CA 92101-8900 | |
| PLAINTIFF/PETITIONER: J & J SPORTS PRODUCTIONS, INC. | |
| DEFENDANT/RESPONDENT: AYALA | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV080293WQHBLM |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the

   SUMMONS IN A CIVIL ACTION, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

3. a. Party served: YULIANA AYALA, INDIVIDUALLY AND D/B/A DE'ANGELO PIZZA
4. Address where the party was served: 345 WOODLAWN AVENUE, APT. H10
   CHULA VISTA, CA 91910-2107
5. I served the party
   b. **by substituted service.** On: May 17, 2008 at: 03:15 pm I left the documents listed in item 2 with or in the presence of JULIANA AYALA - CO-OCCUPANT
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. J. MAYER
   b. ABSOLUTE SERVICE OF LOS ANGELES
   1301 WEST SECOND STREET, SUITE 204
   LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $80.00
   e. I am: (3) registered California process server.
   (i) independent contractor
   (ii) Registration No.: 1911
   (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 23, 2008

J. MAYER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name): PLAINTIFF | DE'ANGELO PIZZA (2/18/06) | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>940 FRONT STREET<br>SAN DIEGO, CA 92101-8900 | | |

PLAINTIFF:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:

AYALA

| DECLARATION RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV080293WQHBLM |

I received the within process on April 30, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: YULIANA AYALA, INDIVIDUALLY AND D/B/A DE'ANGELO PIZZA

Residence: 345 WOODLAWN AVENUE, APT. H10, CHULA VISTA, CA 91910-2107

Business: Business address was not known at the time of service.

As enumerated below:

May 16, 2008 09:50 pm
NO ANSWER (RESIDENCE), PREMISES DARK.

May 17, 2008 06:02 am
NO ANSWER (RESIDENCE).

May 17, 2008 03:14 pm
NOT HOME (RESIDENCE) PER JULIAN AYAL, CO-OCCUPANT.

May 17, 2008 03:15 pm
SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

**Person who served papers**
J. MAYER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $80.00
I am: registered California process server.
independent contractor
Registration No.: 1911
County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 23, 2008

J. MAYER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br>DE'ANGELO PIZZA (2/18/06) | |
| ATTORNEY FOR (Name) PLAINTIFF | | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>940 FRONT STREET<br>SAN DIEGO, CA 92101-8900 | | |
| PLAINTIFF/PETITIONER:<br>J & J SPORTS PRODUCTIONS, INC. | | |
| DEFENDANT/RESPONDENT:<br>AYALA | | |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV080293WQHBLM |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On May 19, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL ACTION, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

YULIANA AYALA, INDIVIDUALLY AND D/B/A DE'ANGELO PIZZA
345 WOODLAWN AVENUE, APT. H10
CHULA VISTA, CA 91910-2107

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $80.00
I am: registered California process server.
employee
Registration No.: 5211
County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 23, 2008

M. MANCHESTER