ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
THOMAS P. RILEY, ESQ., Bar No.: 194706
THOMAS P. RILEY, LAW OFFICES OF
1114 FREMONT AVENUE
SOUTH PASADENA, CA 91030
TELEPHONE NO.: (626) 799-9797
tprlaw@att.net

Ref. No. or File No.: DE'ANGELO PIZZA (2/18/06)

ATTORNEY FOR (Name): PLAINTIFF

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA 92101-8900

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
AYALA

| PROOF OF SERVICE (AMENDED) | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV080293WQHBLM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL ACTION, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

3. a. Party served: YULIANA AYALA, INDIVIDUALLY AND D/B/A DE'ANGELO PIZZA

4. Address where the party was served: 345 WOODLAWN AVENUE, APT. H10
   (Residence) CHULA VISTA, CA 91910-2107

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: May 17, 2008 at: 03:15 pm
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. J. MAYER
   b. ABSOLUTE SERVICE OF LOS ANGELES
   1301 WEST SECOND STREET, SUITE 204
   LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $80.00
   e. I am: (3) registered process server.
   (i) independent contractor
   (ii) Registration No.: 1911
   (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 2, 2008

J. MAYER