**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Ave.**
**South Pasadena, CA 91030**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLA@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Yuliana Ayala, et al.,**<br><br>**Defendant.** | **Case No. 3:08-cv-00293-WQH-BLM**<br><br>**REQUEST TO ENTER DEFAULT** |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff, J & J Sports Productions, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants **Yuliana Ayala, individually and d/b/a De'Angelo Pizza and De'Angelo Pizza, Inc., an unknown business entity doing business as De'Angelo Pizza,** on the grounds that said Defendants have failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

///

Said Defendants were duly served with the Summons and Complaint, evidenced by the Proof of Service on file with this Court.

Dated: July 1, 2008

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 1, 2008, I served:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Yuliana Ayala (Defendant)
345 Woodlawn Avenue, Apt. H10
Chula Vista, CA 91910

De'Angelo Restaurant, Inc. (Defendant)
4592 30th Street
San Diego, CA 92116

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 1, 2008, at South Pasadena, California.

Dated: July 1, 2008

*/s/ Terry Houston*
**TERRY HOUSTON**